FILED
November 2, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )   Case No. 2:15-mj-00215-EFB
         Plaintiff,        )
                           )
v.                         )
                           )   ORDER FOR RELEASE OF
MARK RUSSELL,              )   PERSON IN CUSTODY
                           )
         Defendant.        )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, MARK RUSSELL, Case No. 2:15-mj-00215-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00.

   ___ Co-Signed Unsecured Appearance Bond

   _X_ Secured Appearance Bond (Bond paperwork to be filed by 11/6/2015)

   _X_ (Other) Conditions as stated on the record.

   _X_ (Other) The Defendant is ordered to appear on 11/4/2015 at 9:30 a.m. before Magistrate Judge Kandis Westmore in the Northern District of California.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _11/2/2015_ at _2:19 p.m._

By _____
   Edmund F. Brennan
   United States Magistrate Judge