HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_scoble@fd.org

Attorney for Defendant
MARK RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-mj-00215 EFB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO POST SECURED BOND |
| vs. | ) ) | |
| MARK RUSSELL, | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) ) ) ) | |

On November 2, 2015, the Honorable Edmund F. Brennan ordered Mark Russell be released on a $100,000 secured property bond to be posted by the defendant's family's real property. All of the paperwork has been completed and Assistant United States Attorney, Christopher Hales has approved the amount of equity in the property. The defendant appeared for court in the Northern District of California, Oakland, on Tuesday, November 4th before Magistrate Judge Kandis Westmore. The property owners live in Richmond, California and are unable to travel to Sacramento for signatures and payment associated with posting bond. All the paperwork has been prepared and mailed overnight to the defendant's family and will be mailed back to the Office of the Federal Defender. The property owner needs additional time to have the Deed of Trust notarized, recorded with the Contra Costa County Recorder's Office and mailed to the Office of the Federal Defender in Sacramento.

For the reasons stated above, additional time is needed to receive and finalize the Deed of Trust. Accordingly, the parties agree that the deadline for posting the secured bond may be

extended by one week, to November 13, 2015. Assistant United States Attorney Christopher Hales has no objections to this request.

                                         Respectfully submitted,

Dated:  November 6, 2015        HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Matthew M. Scoble*
                                          MATTHEW M. SCOBLE
                                          Assistant Federal Defender
                                          Attorney for Defendant

Dated: November 6, 2015
                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Christopher Hales*
                                          CHRISTOPHER HALES
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## ORDER

       IT IS SO ORDERED.

Dated:  November 6, 2015

                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE